# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARGARITA NAVEZ, on behalf of herself and all other others similarly situated,<br><br>    Plaintiff,<br>v.<br><br>MERCHANTS & MEDICAL CREDIT CORPORATION, INC., a Michigan corporation,<br><br>    Defendant. | Case No.:<br>State Case No.: 2021CH05310<br><br><br>**DEFENDANT'S NOTICE OF REMOVAL TO FEDERAL COURT** |

**TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS AND TO PLAINTIFF MARGARITA NAVEZ AND HER ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant Merchants & Medical Credit Corporation, Inc., ("Defendant") files this Notice of Removal pursuant to 28 U.S.C. §§ 1441 and 1446, asserting original federal jurisdiction under 28 U.S.C. §§ 1331 and 1332(a), to remove the above-captioned action, which was originally commenced in the Circuit Court of Cook County, Illinois, County Department, Chancery Division, to the United States District Court for the Northern District of Illinois. This Court has original jurisdiction over this action as explained below.

## BACKGROUND

On or about October 18, 2021, Plaintiff Margarita Navez ("Plaintiff") filed a Complaint in the Circuit Court of Cook County, Illinois, County Department, Chancery Division ("Illinois State Court") entitled, "MARGARITA NAVEZ, on behalf of herself and all other others similarly situated v. MERCHANTS & MEDICAL CREDIT CORPORATION, INC." ("Complaint"); Case No. 2021CH05310. A true and correct copy of all process, pleadings, notices and orders received

1

by Defendant in the action are attached as **Exhibit A** hereto, as required by 28 U.S.C. § 1446(a) and are incorporated by reference as though fully set forth herein.

Plaintiff's Complaint alleges a cause of action against Defendant under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq*., premised on alleged violations of §§ 1692c(b) and 1692f(8), respectively.

The Complaint seeks to certify a class of "(1) all persons similarly situated in the State of Illinois (2) from whom [Defendant] attempted to collect a Chase Bank USA, N.A. debt (3) using a letter materially identical to that attached as Exhibit A to Plaintiff's Complaint (4) which MMCC caused a letter vendor to send to consumers and (5) was sent in an envelope which contained barcodes and numbers above the consumer's name, (6) sent one year prior to the filing of this Complaint up to the filing of this Complaint …".

Defendant has not filed any other pleadings or papers in this action prior to this Notice of Removal.

## **TIMELINESS OF REMOVAL**

Without conceding that service of the Summons and Complaint was effective for purposes of 28 U.S.C. § 1446(b), this Notice of Removal is timely because it is being filed within thirty (30) days of Defendants' receipt of the Summons and Complaint on February 28, 2022, and within one (1) year of the commencement of this action. Thus, removal is timely pursuant to 28 U.S.C. § 1446(b) and Federal Rule of Civil Procedure 6(a).

## **ORIGINAL JURISDICTION – FEDERAL QUESTION**

This Court has original jurisdiction of this action pursuant to 28 U.S.C. § 1331 because Plaintiff alleges a cause of action against Defendant arising under the laws of the United States,

specifically, the FDCPA, 15 U.S.C. § 1692 *et seq*. Therefore, this action is properly removable pursuant to 28 U.S.C. § 1441(a).

## ORIGINAL JURISDICTION – DIVERSITY

This Court also has original jurisdiction of this action pursuant to 28 U.S.C. § 1332(a) because the controversy arises between citizens of different states and the aggregate amount in controversy reasonably exceeds $75,000, exclusive of interest and costs. Therefore, this action is properly removable pursuant to 28 U.S.C. § 1441(b).

According to the Complaint, Plaintiff is a resident of the State of Illinois. See, Exhibit A: Complaint, ¶ 12. Defendant is a Michigan corporation with its principal (and only) place of business located in Flint, Michigan. *Id*., at ¶ 14. Because Plaintiff is a citizen of Illinois, and Defendant is a citizen of Michigan, complete diversity exists between the parties.

As far as the amount in controversy, the Complaint seeks damages on behalf of Plaintiff and a class of similarly situated persons pursuant to 15 U.S.C. § 1692k(a)(2)(B), which in the case of a class action, permits recovery of: (i) an amount not exceeding $1,000 for each named plaintiff, and (ii) such amount as the court may allow for all other class members, without regard to a minimum individual recovery, not to exceed the lesser of $500,000 or 1 per centum of the net worth of the debt collector. If successful, Plaintiff is also entitled to an award of reasonable attorney's fees in bringing this action. Although the attorney's fees allegedly incurred by Plaintiff to date are not currently known, Defendant asserts, upon information and belief, and based on the Complaint's allegations, that the amount in controversy reasonably exceeds the sum of $75,000 exclusive of interest and costs.

## NOTICE OF REMOVAL TO STATE COURT

A true and accurate copy of this Notice of Removal will be served on Plaintiff's attorneys of record and filed with the Clerk of the State Court contemporaneously with this filing, as evidenced in **Exhibit B**.

WHEREFORE, Defendant Merchants & Medical Credit Corporation, Inc., requests that the above action now pending in the Circuit Court of Cook County, Illinois, County Department, Chancery Division, be removed to the United States District Court for the Northern District of Illinois.

Dated: March 23, 2022

Respectfully Submitted,

/s/ Charity A. Olson
Charity A. Olson (P68295)
OLSON LAW GROUP
P.O. Box 64
Hartland, MI 48353
(734) 255-6908
colson@olsonlawpc.com

Counsel for Merchant & Medical Credit Corporation, Inc.